# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

Affinity Labs of Texas, LLC     v.     Samsung Electronics Co., Ltd., et al.

No. 15-1933

## ENTRY OF APPEARANCE

(INSTRUCTIONS: Counsel should refer to Federal Circuit Rule 47.3. Pro se petitioners and appellants should read paragraphs 1 and 18 of the Guide for Pro Se Petitioners and Appellants. File this form with the clerk within 14 days of the date of docketing and serve a copy of it on the principal attorney for each party.)

Please enter my appearance (select one):

☐ Pro Se     ☒ As counsel for: Affinity Labs of Texas, LLC
                              Name of party

I am, or the party I represent is (select one):

☐ Petitioner     ☐ Respondent     ☐ Amicus curiae     ☐ Cross Appellant

☒ Appellant     ☐ Appellee     ☐ Intervenor

As amicus curiae or intervenor, this party supports (select one):

☐ Petitioner or appellant     ☐ Respondent or appellee

Name: Ryan M. Schultz
Law Firm: Robins Kaplan LLP
Address: 800 LaSalle Avenue, Suite 2800
City, State and Zip: Minneapolis, MN 55402
Telephone: 612-349-8500
Fax #: 612-339-4181
E-mail address: RSchultz@RobinsKaplan.com

Statement to be completed by counsel only (select one):

☒ I am the principal attorney for this party in this case and will accept all service for the party. I agree to inform all other counsel in this case of the matters served upon me.

☐ I am replacing _____ as the principal attorney who will/will not remain on the case. [Government attorneys only.]

☐ I am not the principal attorney for this party in this case.

Date admitted to Federal Circuit bar (counsel only): 8/6/12

This is my first appearance before the United States Court of Appeals for the Federal Circuit (counsel only):
☐ Yes     ☒ No

☐ A courtroom accessible to the handicapped is required if oral argument is scheduled.

Date 9/3/2015     Signature of pro se or counsel /s/Ryan M. Schultz

cc: Counsel of Record

Reset Fields

Form 30

**FORM 30. Certificate of Service**

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

## CERTIFICATE OF SERVICE

I certify that I served a copy on counsel of record on 9/3/2015 by:

☐ U.S. Mail

☐ Fax

☐ Hand

☒ Electronic Means (by E-mail or CM/ECF)

| Ryan M. Schultz | /s/Ryan M. Schultz |
|---|---|
| Name of Counsel | Signature of Counsel |

| | |
|---|---|
| Law Firm | Robins Kaplan LLP |
| Address | 800 LaSalle Avenue, Suite 2800 |
| City, State, Zip | Minneapolis, MN 55420 |
| Telephone Number | 612-349-8500 |
| Fax Number | 612-339-4181 |
| E-Mail Address | RSchultz@RobinsKaplan.com |

NOTE: For attorneys filing documents electronically, the name of the filer under whose log-in and password a document is submitted must be preceded by an "/s/" and typed in the space where the signature would otherwise appear. Graphic and other electronic signatures are discouraged.

Reset Fields

**SERVICE LIST**

Counsel for Petitioners/Appellees

J. Steven Baughman
Ropes & Gray LLP
One Metro Center
700 12th St., Suite 900
Washington, D.C. 20005
Steven.Baughman@ropesgray.com

Gabrielle E. Higgins
Ropes & Gray LLP
1900 University Avenue, Suite 600
East Palo Alto, CA 94303
gabrielle.higgins@ropesgray.com

B. Todd Patterson
Patterson & Sheridan, LLP
3040 Post Oak Blvd., Suite 1500
Houston, Texas 77056
tpatterson@pattersonsheridan.com

Jerry R. Selinger
Patterson & Sheridan, LLP
1700 Pacific Ave., Suite 2650
Dallas, TX 75201
jselinger@pattersonsheridan.com